DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

MICHAEL ORTEGA,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-3509

_____

April 22, 2026

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Pinellas County; Keith Meyer, Judge.

Michael Ortega, pro se.

PER CURIAM.

Affirmed.

NORTHCUTT, BLACK, and GUARD, JJ., Concur.

_____

Opinion subject to revision prior to official publication.